IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00793-REB-BNB

RALPH S. GAMBINA,

Plaintiff,

v.

WARDEN ROBERT A. HOOD,
REGIONAL DIRECTOR G.L. HERSHBERGER, and
HARRELL WATTS, National Appeals,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

On June 23, 2005, the District Judge ordered the United States Marshal to serve the defendants. *Order Granting Service by United States Marshal*, entered June 15, 2005 (filed June 23, 2005). It appears from the record that defendants Hershberger and Watts received copies of the summons and complaint by certified mail. Id.; *Certified Return Receipt*, filed June 30, 2005; *Certified Return Receipt*, filed July 5, 2005. However, to the extent these defendants are sued in their individual capacities, service must be effected either personally or through a request for waiver of service. Fed.R.Civ.P. 4(i)(2)(B).

It also appears from the record that a request to waive service was sent to defendant Hood at the Bureau of Prisons. *Order Granting Service by United States Marshal*, entered June 15, 2005 (filed June 23, 2005). The request for waiver has not been returned. It appears that defendant Hood is retired from the Bureau of Prisons, and that he is currently located at the Cheyenne Mountain Re-Entry Center, 2925 East Las Vegas Street, Colorado Springs, Colorado,

80906. *Letter from Theresa Montoya*, filed September 1, 2005. Accordingly,

IT IS ORDERED that within forty-five days of the date of this Order, the United States Marshal shall personally serve a copy of the complaint, summons, and all other orders upon defendants Hood, Hershberger, and Watts, or shall file with the Court a report on the status of service. All costs of service shall be advanced by the United States.

Dated September 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-00793-REB-BNB

Ralph Gambina
Reg. No. 12508-116
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Robert A. Hood,
G.L. Hershberger, and Harrell Watts,

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
COURTESY COPY

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Robert Hood, G.L. Hershberger, and Harrell Watts:  COMPLAINT FILED 5/16/05, SUMMONS, WAIVER*, AND CONSENT FORM on 9/19/05.

GREGORY C. LANGHAM, CLERK

By: _Andrea_
Deputy Clerk