IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00793-REB-BNB

RALPH S. GAMBINA,

    Plaintiff,

v.

WARDEN ROBERT A. HOOD,
REGIONAL DIRECTOR G.L. HERSHBERGER, and
HARRELL WATTS, National Appeals,

    Defendants.

---

ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#26], filed September 30, 2005. The Magistrate Judge recommends that plaintiff's **Motion For Temporary Restraining Order** [#5] filed May 16, 2005, be denied. The Plaintiff filed objections [#35] on October 7, 2005. I overrule the objections and approve and adopt the recommendation.

As required by **28 U.S.C. § 636(b)**, I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See*

*Haines v. Kerner*, 104 U.S. 519, 520-21 (1972), *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). I find plaintiff's objections to be without merit. The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#26], filed September 30, 2005, is **APPROVED AND ADOPTED** as an order of this court; and

2. That plaintiff's **Motion For Temporary Restraining Order** [#5] filed May 16, 2005, **IS DENIED**.

Dated October 17, 2005, at Denver, Colorado.

                                       **BY THE COURT:**

                                       _____
                                       **Robert E. Blackburn**
                                       **United States District Judge**