IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  05-cv-00793-REB-BNB

RALPH S. GAMBINA,

     Plaintiff,

v.

WARDEN ROBERT A. HOOD,
REGIONAL DIRECTOR G.L. HERSHBERGER, and
HARRELL WATTS, National Appeals,

     Defendants.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#37], filed October 12, 2005.  The Magistrate Judge recommends that plaintiff's second **Motion For Temporary Restraining Order** [#32] filed October 7, 2005, be denied as essentially duplicative of plaintiff's **Motion For Temporary Restraining Order** [#5] filed May 16, 2005, which was resolved by my **Order Adopting Recommendation of United States Magistrate Judge** [#38] entered October 17, 2005.

The Plaintiff filed objections [#39] on October 20, 2005. I overrule the objections and approve and adopt the recommendation.

As required by **28 U.S.C. § 636(b)**, I have reviewed *de novo* all portions of the

recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See* **Haines v. Kerner**, 104 U.S. 519, 520-21 (1972), **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  I find plaintiff's objections to be without merit.  I find and conclude that the arguments advanced and recommendations proposed by the Magistrate Judge should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#37], filed October 12, 2005, is **APPROVED AND ADOPTED** as an order of this court; and

    2. That plaintiff's second **Motion For Temporary Restraining Order** [#32] filed October 7, 2005, **IS DENIED**.

    Dated November 2, 2005, at Denver, Colorado.

                                          **BY THE COURT:**

                                          s/ Robert E. Blackburn  
                                          **Robert E. Blackburn**  
                                          **United States District Judge**