**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00793-REB-BNB

RALPH S. GAMBINA,

    Plaintiff,

v.

WARDEN ROBERT A. HOOD,
REGIONAL DIRECTOR G.L. HERSHBERGER, and
HARRELL WATTS, National Appeals,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#47], filed June 12, 2006.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    (1) That the **Recommendation of United States Magistrate Judge** [#47], filed June 12, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] This standard pertains even though plaintiff is proceeding *pro se*.  ***Morales-Fernandez***, 418 F.3d at 1122.

(2) That **Defendants' Motion to Dismiss** [#41], filed November 22, 2005, is **GRANTED**; and

(3) That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Dated July 10, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**